IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RAFFAELE | : | CIVIL ACTION |
| | : | NO. 09-3622 |
| v. | : | |
| | : | |
| JOHN E. POTTER | : | |

## **ORDER**

AND NOW, this 5th day of January 2012, upon consideration of defendant's motion for summary judgment, plaintiff's response, defendant's reply, and all attached exhibits, it is ORDERED that defendant's motion is GRANTED and judgment is entered in favor of defendant, John E. Potter, and against plaintiff, Michael Raffaele.

    *s/Thomas N. O'Neill, Jr.*
    THOMAS N. O'NEILL, JR., J.